Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-456-079**

**Effective Date of Registration:**
July 25, 2025
**Registration Decision Date:**
August 05, 2025

## Title

**Title of Work:** Cryptozoology Infographic

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** June 12, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Aiden Guinnip
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Aiden Guinnip
251 N Landing Rd, Rochester, NY, 14625, United States

## Rights and Permissions

**Name:** Aiden Guinnip
**Email:** mail@aidenguinnip.com
**Address:** 251 N Landing Rd
Rochester, NY 14625 United States

## Certification

**Name:** David Denholm
**Date:** July 25, 2025
**Applicant's Tracking Number:** AG2025072501

# CRYPTOZOOLOGY
## THE STUDY OF HIDDEN ANIMALS

Cryptozoology is a pseudoscience involving the search for animals whose existence has not been proven. Cryptozoology is not a recognized branch of zoology or a discipline of science. It is an example of pseudoscience because it relies heavily upon anecdotal evidence, stories, and alleged sightings.

Cryptozoology comes from the Greek word kryptos meaning "hidden" and the word zoology which means the "study of animals." Cryptozoology includes looking for living examples of animals that are considered extinct, such as dinosaurs. It also includes animals whose existence lacks physical evidence but which appear in myths, legends, or reported sightings, such as Bigfoot. Cryptozoology also the study of wild animals dramatically outside their normal geographic ranges, such as phantom cats (also known as Alien Big Cats). The animals cryptozoologists study are often referred to as cryptids.



### LIST OF COMMON CRYPTIDS ▶

There are literally hundreds of cryptids, or hidden animals, being tracked by cryptozoologists world-wide. Here are just a few of them and maybe a few you've never heard of. (Pictured at right to appx. scale to a human.)

**Kraken** - Giant squid reported across the world's oceans by seamen.

**Ogopogo (Naitaka)** - A reported lake animal that has been sighted in Lake Okanagan, Canada.

**Mokèlé-mbèmbé** - An large reptile or possible dinosaur seen in the dense jungles of the Republic of the Congo.

**Myakka Skunk Ape (Swamp Ape)** - A large primate spotted and apparently photographed in the swamps of Florida.

**Flatwoods Monster** - A spade-headed extraterrestrial that reportedly haunts the West Virginia woods.

**Mermaid** - A mythical creature that is a combination of a human and a fish that has been professed across the world's oceans and seas.

**Chupacabra (Goat Sucker)** - An animal that reportedly attacks livestock and drinks their blood reported originally in Puerto Rico with more sightings in Mexico and Texas. It's been proposed that these creatures are actually coyotes infected with Sarcoptes sabiei.

**Bunyip (Kianpraty)** - Although descriptions vary widely, this is a large creature from Aboriginal mythology said to lurk in swamps, lakes, and waterholes in South-Eastern Australia.

**Jersey Devil** - A creature with hooves, a horse's head, bat wings and a forked tail said to inhabit Southern New Jersey.

**Dobhar-chú** - A water hound from Ireland. Described as a very large dog or otter-like carnivorous aquatic animal.

### THE MOST ELUSIVE OF THEM ALL ▼

Despite the fact that no one has ever captured one or found a dead body, nearly 30% of Americans think that Bigfoot (also considered Sasquatch, Yeti, or the Abominable Snowman) is probably real.

**BIGFOOT**

The Patterson film is the most famous video footage of an unidentified subject purported to be a "Bigfoot," that was supposedly filmed on October 20, 1967, by Roger Patterson and Robert Gimlin outside of Orleans, CA.

### ALLEGED BIGFOOT SIGHTINGS ▼

As of February 2012.
Source: The Bigfoot Field Researcher's Organization database

459
0

### IS BIGFOOT/SASQUATCH REAL?

Americans are a little skeptical about the existence of Bigfoot.

- 10% NOT SURE
- 7% DEFINITELY REAL
- 22% PROBABLY REAL
- 38% PROBABLY NOT REAL
- 23% DEFINITELY NOT REAL

- 25% DEMOCRATS
- 21% REPUBLICANS
- 25% MEN
- 19% WOMEN

Methodology: From February 15 to February 29, 2012, Angus Reid Public Opinion conducted an online survey among 1,016 American adults who are Springboard America Panelists. Discrepancies in/on totals amounts are due to the rounding of numbers.

Sources: Wikipedia.org, Vancouversun.com, The Bigfoot Field Researchers Organization, Angus Reid Public Opinion Poll

**CANADIANS ARE MORE LIKELY TO BELIEVE IN BIGFOOT.**
29% of Albertans believe that Bigfoot is real.



KRAKEN — MOKÈLÉ-MBÈMBÉ — BUNYIP — DOBHAR-CHÚ
OGOPOGO — MERMAID — JERSEY DEVIL
6 ft. Tall Human — SWAMP APE — CHUPACABRA
FLATWOODS MONSTER

### SCOTLAND'S WATER HORSE ▼

The Loch Ness Monster is one of the most famous cryptids in the world. It's been described as a "monster fish," "sea serpent," or "dragon." It's reputed to inhabit the Loch Ness, a 745' deep lake in the Scottish Highlands. Sightings of the monster claim to go back as far as the 6th century.



**LOCH NESS MONSTER**

On December 6, 1933, the first alleged photograph of the monster was published in a UK newspaper. Suggestions were made that the monster "bears a striking resemblance to the supposedly extinct plesiosaur," a long-necked aquatic dinosaur thought to have gone extinct in the Cretaceous-Paleogene extinction event, 66 million years ago.

**1 IN 4 SCOTS BELIEVE THE LOCH NESS MONSTER IS REAL.**



### A CRYPTID COMES TO LIFE ▼

The Coelacanth is an example of a cryptid that turned out to be the real deal. It's an extremely rare order of fish that was believed to have gone extinct in the Late Cretaceous period (about 100 million years ago). It was rediscovered in 1938 off the coast of South Africa.

The coelacanth is considered a true "living fossil" due to its lack of significant evolution over hundreds of millions of years. It currently lives in the West Indian Ocean and is classified as a critically endangered species.



**COELACANTH**